**ROUTH CRABTREE OLSEN, PS**
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
BRETT P. RYAN, ESQUIRE, #200563
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937 / Fax (714) 277-4899
RCO# 7021.45188
Attorney for Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Robert Berkeley Smith, III and Mellanie Ferne Smith<br><br>Debtors. | No. 10-70673-WLJ<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Jonathan J Damen
Routh Crabtree Olsen, PS
1241 E. Dyer Road
Suite 250
Santa Ana, CA 92705
PH 714-277-4937

Dated: 4/30/11

Routh Crabtree Olsen, PS

By: /S/ Jonathan J Damen
Attorneys for Creditor

# PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**
Robert Berkeley Smith, III
141 Ygnacio Ct.
Walnut Creek, CA 94598

Mellanie Ferne Smith
141 Ygnacio Ct.
Walnut Creek, CA 94598

**ELECTRONIC SERVICE:**
Carl Gustafson
Lincoln Law
2258 Monument Bl.
Pleasant Hill, CA 94523
crg@lincolnlaw.com

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

Service was made on May 4, 2011 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Jonathan Chen

2
Case: 10-70673   Doc# 43   Filed: 05/04/11   Entered: 05/04/11 12:20:06   Page 2 of 2