```
 1  PROBER & RAPHAEL, A LAW CORPORATION
    DEAN R. PROBER, ESQUIRE, #106207
 2  LEE S. RAPHAEL, ESQUIRE #180030
    CASSANDRA J. RICHEY, ESQUIRE #155721
 3  MELISSA VERMILLION, ESQUIRE #241354
    JOSEPH GARIBYAN, ESQUIRE #271833
 4  BONNI S. MANTOVANI, ESQUIRE #106353
    LALEH ENSAFI, ESQUIRE #268917
 5  JEANNETTE R. MARSALA, ESQUIRE #253125
    NINA Z. JAVAN. ESQUIRE  #271392
 6  20750 Ventura Boulevard, Suite 100
    Woodland Hills, California 91364
 7  (818) 227-0100
    Attorney for Bank of America, N.A.
 8  B.500-15122.NF
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-70673 |
| ROBERT BERKELEY SMITH, III DBA LOG JAM CONSTRUCTION AND MELLANIE FERNE SMITH, | Chapter 13 |
| | NOTICE OF APPEARANCE |
| Debtors. | |
| _____/ | |

Bank of America, N.A., its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Bank of America, N.A. The undersigned hereby requests that any pleadings and documents that Bank of America, N.A. is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: May 7, 2013          By */s/ Dean R. Prober*
                                                Dean R. Prober, Esquire #106207

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Mary Ann Sumaya, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On May 14, 2013, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Robert Berkeley Smith, III
Mellanie Ferne Smith
141 Ygnacio Court
Walnut Creek, CA 94598
Debtors

Carl Gustafson, Esquire
Lincoln Law, LLP
1525 Contra Costa Boulevard
Pleasant Hill, CA 94523
Attorney for Debtors

Martha G. Bronitsky
Post Office Box 9077
Pleasanton, CA 94566
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2013, at Woodland Hills, California.

/s/Mary Ann Sumaya